IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DOUG MATHEW and | § | |
| DEBBIE MATHEW, Individually | § | |
| & as Representatives of the Estate | § | |
| of Charles Lance Mathew | § | |
| | § | |
| V. | § | NO. 1:05-CV-206 |
| | § | |
| SAIA MOTOR FREIGHT LINE INC., | § | |
| SCS TRANSPORTATION INC., | § | |
| and RODNEY T. PRICE | § | |

### ORDER GRANTING PLAINTIFFS' MOTIONS TO EXCLUDE DEFENDANTS' EXPERT WITNESSES

Pending are six motions by plaintiffs to exclude witnesses designated by defendants as experts. These motions were all filed on September 8, 2006, and no response has been filed by defendants. Under Local Rule CV-7(e), a party opposing a motion has 12 days in which to serve and file a response and any supporting documents. Local Rule CV-7(d) provides that the court will assume that in the event no response is filed, the party has no objection. See Guilbeaux v. 3927 Foundation, Inc., 177 F.R.D. 387, 389 (E.D.Tex. 1998). As plaintiffs' motions are unopposed, the court is of the opinion they should be GRANTED. It is therefore

ORDERED that plaintiffs' "Motion to Exclude Richard L. Bishop as an Expert" (Docket No. 57) is GRANTED. It is further

**ORDERED** that plaintiffs' "Motion to Exclude Todd Richards as an Expert" (Docket No. 61) is **GRANTED**.  It is further

**ORDERED** that plaintiffs' "Motion to Exclude James H. Yeager, Jr. Ph.D. as an Expert" (Docket No. 62) is **GRANTED.**  It is further

**ORDERED** that plaintiffs' "Motion to Exclude David Crawford as an Expert" (Docket No. 63) is **GRANTED.**  It is further

**ORDERED** that plaintiffs' "Motion to Exclude Steve Chewning as an Expert" (Docket No. 64) is **GRANTED**.  It is further

**ORDERED** that plaintiffs' "Motion to Exclude Whitney Morgan as an Expert" (Docket No. 65) is **GRANTED.**

SIGNED this __4__ day of October, 2006.

_____
Earl S. Hines
United States Magistrate Judge